IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moore, Dominique P

Printed: 1/29/08

Case Number: 06 B 07818
Judge: Wedoff, Eugene R
Filed: 7/3/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 13, 2007
Confirmed: October 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,125.00 |  |
| Secured: |  | 3,096.86 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,771.96 |
| Trustee Fee: |  | 256.18 |
| Other Funds: |  | 0.00 |
| Totals: | 5,125.00 | 5,125.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 192.50 | 0.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,679.00 | 1,771.96 |
| 3. | Monterey Financial Services | Secured | 1,215.10 | 390.00 |
| 4. | Hawthorne Credit Union | Secured | 16,804.82 | 400.00 |
| 5. | Bank Of America | Secured | 9,002.00 | 2,306.86 |
| 6. | Educational Credit Management Corp | Unsecured | 6,397.56 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 40.00 | 0.00 |
| 8. | Triad Financial Services | Unsecured | 1,101.58 | 0.00 |
| 9. | Capital One | Unsecured | 47.46 | 0.00 |
| 10. | Sallie Mae | Unsecured | 345.15 | 0.00 |
| 11. | Monterey Financial Services | Unsecured | 46.89 | 0.00 |
| 12. | Sallie Mae | Unsecured | 1,101.80 | 0.00 |
| 13. | Sallie Mae | Unsecured | 1,134.44 | 0.00 |
| 14. | Sallie Mae | Unsecured | 153.66 | 0.00 |
| 15. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 16. | Centrix Financial A/K/A FlatIron Fin | Secured | | No Claim Filed |
| 17. | Bally's Health Club | Unsecured | | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 19. | Check Processing Bureau | Unsecured | | No Claim Filed |
| 20. | City of Blue Island | Unsecured | | No Claim Filed |
| 21. | GC Services | Unsecured | | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 23. | Collection Company Of America | Unsecured | | No Claim Filed |
| 24. | Collection Company Of America | Unsecured | | No Claim Filed |
| 25. | Island National Group | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Moore, Dominique P | Case Number: 06 B 07818 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 1/29/08 | Filed: 7/3/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Fingerhut | Unsecured | | No Claim Filed |
| 27. | Comcast | Unsecured | | No Claim Filed |
| 28. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 29. | Harris Bank Hinsdale | Unsecured | | No Claim Filed |
| 30. | Harris & Harris | Unsecured | | No Claim Filed |
| 31. | Medical Collections | Unsecured | | No Claim Filed |
| 32. | Nicor Gas | Unsecured | | No Claim Filed |
| 33. | Nicor Gas | Unsecured | | No Claim Filed |
| 34. | SBC | Unsecured | | No Claim Filed |
| 35. | Sprint | Unsecured | | No Claim Filed |
| 36. | Island National Group | Unsecured | | No Claim Filed |
| 37. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,286.96 | $ 4,868.82 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 3.68 |
| 4.8% | 162.06 |
| 5.4% | 90.44 |
| | _____ |
| | $ 256.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

